JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CASSANDRA JONES,** | ) | Case No. 8:17-cv-00818-JLS-KES |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| **IQ DATA INTERNATIONAL INC.,** | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 8th day of January, 2018.

JOSEPHINE L. STATON
The Honorable Josephine L. Staton